UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DAVID ROUAH, individually and on behalf of all others similarly situated

    Plaintiff,

vs.

AFNI, INC.

    Defendant.

Case No.: 1:21-cv-3793

---

## **DEFENDANT AFNI, INC.'S NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendant Afni, Inc. ("Defendant"), by and through its attorneys, hereby moves, pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), for an Order granting Defendant's Motion to Dismiss. In support of this Motion, Defendant relies on the Brief filed simultaneously herewith.

DATED:    September 23, 2021

        **LIPPES MATHIAS WEXLER FRIEDMAN LLP**

        /s Brendan H. Little
        Brendan H. Little, Esq.
        Attorneys for Defendant
        50 Fountain Plaza, Suite 1700
        Buffalo, NY 14202
        P: 716-853-5100
        F: 716-853-5199
        E: blittle@lippes.com