UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
David Rouah                                                                                    Civil Action No:
                                                                                                         1:21-cv-3793
                                   Plaintiff,

     -v.-

Afni, Inc.

                                   Defendants.
---------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

      Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 7th day of January, 2022

                                                       */s/Tamir Saland*
                                                       Tamir Saland, Esq.
                                                       **Stein Saks, PLLC**
                                                       One University Plaza
                                                       Hackensack, NJ 07601
                                                       Phone: 201-282-6500
                                                       tsaland@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on January 7, 2022 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Tamir Saland*
Tamir Saland, Esq.