UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| David Rouah | Civil Action No: 1:21-cv-3793 |
| Plaintiff, | |
| -v.- | |
| Afni, Inc. | |
| Defendants. | |

------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** January 14, 2022

| For Plaintiff David Rouah | For Defendant Afni, Inc. |
|---|---|
| */s/ Tamir Saland* | */s/ Brenden Hoffman Little* |
| Tamir Saland | Brendan Hoffman Little |
| Stein Saks, PLLC | Lippes Mathias LLP |
| One University Plaza | 50 Fountain Plaza Suite 1700 |
| Hackensack, NJ 07601 | Buffalo NY 14202 |
| Ph:  (201) 282-6500 | Ph:  (716) 853-5100 |
| tsaland@steinsakslegal.com | blittle@lippes.com |

## CERTIFICATE OF SERVICE

I certify that on January 14, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> /s/ Tamir Saland
> Tamir Saland
> **Stein Saks, PLLC**
> **One University Plaza**
> Hackensack, NJ 07601
> *Attorneys for Plaintiff*